IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JAMES SORRELLS                                                                      PLAINTIFF

VS.                                         CASE NO. 10-CV-4016

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                                      DEFENDANT

## ORDER

Before the Court is the Report and Recommendation filed on August 4, 2010, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. No. 14).  In the report, Judge Bryant recommends that the Defendant's Unopposed Motion to Reverse and Remand Pursuant to Sentence Four be granted and the case remanded for further development of the record.  No objections have been filed, and the time to object has passed.  *See* 28 U.S.C. § 636(b)(1).  Therefore, the Court adopts the magistrate judge's Report and Recommendation *in toto*.  Accordingly, Defendant's Unopposed Motion to Reverse and Remand Pursuant to Sentence Four is hereby granted.  This matter is **reversed** and **remanded** to the Social Security Administration for further administrative review.

IT IS SO ORDERED, this 26th day of August, 2010.

/s/Harry F. Barnes
Hon. Harry F. Barnes
United States District Judge