IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JAMES SORRELLS                                                         PLAINTIFF

vs.                              Civil No. 4:10-cv-04016

MICHAEL J. ASTRUE                                                      DEFENDANT
Commissioner, Social Security Administration

## ORDER

Before the Court is the Report and Recommendation filed on November 10, 2010 by the

Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas.

ECF No. 19.  Judge Bryant recommends that Plaintiff's Application for Attorney Fees Under the

Equal Access to Justice Act ("EAJA") be **GRANTED**.  The Parties have not filed objections to the

Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1).

Accordingly, this Court finds Plaintiff is entitled to compensation under the EAJA in the

amount of $5,985.75, representing 34.50 hours of attorney work at an hourly rate of $173.50.  This

amount should be paid in addition to, and not out of, any past due benefits which Plaintiff may be

awarded in the future.

The parties are reminded that the award herein under the EAJA will be taken into account

at such time as a reasonable fee is determined pursuant to 42 U.S.C. § 406 in order to prevent double

recovery by counsel for Plaintiff.

**IT IS SO ORDERED, this 30th day of November, 2010.**

/s/ Harry F. Barnes
HON. HARRY F. BARNES
UNITED STATES DISTRICT JUDGE